UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALBERT A. HANNA,                    :     CIVIL ACTION NO.
                                    :
        Plaintiff,                  :
                                    :
v.                                  :     3:01 CV 680 (SRU)
                                    :
INFOTECH CONTRACT SERVICES,         :
INC. and PFIZER, INC.,              :
                                    :
        Defendants.                 :     September 16, 2003

## INDEX TO RECORD ON APPEAL

The Plaintiff in the above captioned matter hereby designates the following items for inclusion in the record of appeal;

| Date | Description |
|------|-------------|
| 4/20/01 | NOTICE OF REMOVAL by Pfizer, Inc. from Judicial District of New London |
| 5/23/01 | ANSWER & SPECIAL DEFENSES to Complaint by Pfizer, Inc. |
| 5/29/01 | ANSWER & AFFIRMATIVE DEFENSES to Complaint by Infotech Contract; jury demand |
| 5/30/01 | Reply to Affirmative Defenses by Albert A. Hanna contained in [18-1] answer by Infotech Contract |
| 5/30/01 | Reply to Defenses by Albert A. Hanna contained in [17-1] answer by Pfizer, Inc. |
| 7/15/02 | MOTION by Infotech Contract for Summary Judgment (Brief Due 8/5/02) |
| 7/15/02 | MEMORANDUM by Infotech Contract in support of [41-1] motion for Summary Judgment |
| 7/15/02 | STATEMENT of Material Facts by Infotech Contract regarding [41-1] motion for Summary Judgment |

| | |
|---|---|
| 7/15/02 | AFFIDAVIT of Annapoorni R. Sankaran by Infotech Contract Re [41-1] motion for Summary Judgment by Infotech Contract |
| 7/15/02 | Exhibits by Infotech Contract to [44-1] affidavit by Infotech Contract |
| 7/15/02 | Exhibits by Infotech Contract to [44-1] affidavit by Infotech Contract |
| 7/22/02 | MOTION by Pfizer, Inc. for Summary Judgment (Brief Due 8/12/02 ) |
| 7/22/02 | MEMORANDUM by Pfizer, Inc. in support of [47-1] motion for Summary Judgment |
| 7/22/02 | STATEMENT of Material Facts by Pfizer, Inc. regarding [47-1] motion for Summary Judgment |
| 7/22/02 | AFFIDAVIT of Mary Gambardella & Exhibits by Pfizer, Inc. Re [47-1] motion for Summary Judgment by Pfizer, Inc. |
| 9/20/02 | OBJECTIONS by Albert A. Hanna to [47-1] motion for Summary Judgment by Pfizer, Inc., [41-1] motion for Summary Judgment by Infotech Contract |
| 9/20/02 | MEMORANDUM by Albert A. Hanna in support of [53-1] objection |
| 9/20/02 | STATEMENT of Material Facts by Albert A. Hanna regarding [47-1] motion for Summary Judgment |
| 9/20/02 | STATEMENT of Material Facts by Albert A. Hanna regarding [41-1] motion for Summary Judgment |
| 9/20/02 | Exhibits by Albert A. Hanna to [53-1] objection by Albert A. Hanna |
| 9/20/02 | Exhibits by Albert A. Hanna to [53-1] objection by Albert A. Hanna |
| 9/20/02 | Exhibits by Albert A. Hanna to [53-1] objection by Albert A. Hanna |
| 9/27/02 | NOTICE of Supplement to Exhibit by Albert A. Hanna |

| | |
|---|---|
| | for Summary Judgment by Pfizer, Inc., [41-1] motion for Summary Judgment by Infotech Contract |
| 10/18/02 | MEMORANDUM by Pfizer, Inc. in opposition to [47-1] motion for Summary Judgment by Pfizer, Inc., [41-1] motion for Summary Judgment by Infotech Contract |
| 12/20/02 | REPLY by Albert A. Hanna to response to [47-1] motion for Summary Judgment by Pfizer, Inc., [41-1] motion for Summary Judgment by Infotech Contract |
| 12/26/02 | REPLY by Albert A. Hanna to response to [47-1] motion for Summary Judgment by Pfizer, Inc. (job) [Entry date 12/26/02] |
| 4/21/03 | RULING granting [47-1] motion for Summary Judgment, granting [41-1] motion for Summary Judgment ( signed by Judge Stefan R. Underhill ) 20 Page(s) |
| 4/23/03 | JUDGMENT for Infotech Contract, Pfizer, Inc. against Albert A. Hanna ( signed by Clerk ) |
| 5/15/03 | NOTICE OF APPEAL of [70-1] judgment order, [69-1] order by Albert A. Hanna   FILING FEE $ 105.00   RECEIPT # B006175 Certified Copy of Docket and copy of Appeal mailed to USCA |

PLAINTIFF, ALBERT A. HANNA

By: _____
Thomas G. Moukawsher
(ct08940)
Moukawsher & Walsh, LLC
328 Mitchell Street
Groton, CT 06340
(860) 445-1809

3

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

Annapoorni R. Sankaran
Greenberg Traurig LLP
One International Place, Third Floor
Boston, MA 02110


Mary A. Gambardella
Epstein, Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901


Date: September 16, 2003

_____
Thomas G. Moukawsher