IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALBERT A. HANNA, | ) | Civil No.: 3:01CV680(SRU) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| INFOTECH CONTACT SERVICE, INC. and PFIZER, INC., | ) | March 18, 2004 |
| | ) | |
| Defendants. | ) | |

**DEFENDANT PFIZER, INC.'S BILL OF COSTS**

Judgment having been entered in the above entitled action on April 23, 2003, and affirmed by the United States Court of Appeals for the Second Circuit on March 11, 2004, against Plaintiff Albert A. Hanna, Defendant Pfizer, Inc. respectfully requests the Clerk to tax the following costs incurred in the District Court action pursuant to 28 U.S.C. § 1920:

| Description of Taxable Costs | Amount |
|---|---|
| Court reporter fees for deposition transcripts | $ 2272.15 |
| Fees for copies of exhibits annexed to summary judgment motion | $ 80.19 |
| Fees incurred for removing case from state court | $ 150 |
| Docket fees under 28 U.S.C. § 1923(a) | $ 20 |
| | **Total $ 2522.34** |

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendant Pfizer, Inc.

By: _____
Mary A. Gambardella, Esq.
Federal Bar No. ct 05386
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

ST:28159v1

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Bill of Costs was sent via U.S. Mail, postage prepaid, this 18th day of March, 2004 to:

> Thomas Moukawsher, Esq.
> Moukawsher & Walsh, LLC
> 328 Mitchell Street
> Groton, CT 06340
>
> Anna R. Sankerin, Esq.
> Roderick McLeish, Esq.
> Greenberg Traurig, LLP
> One International Place, 3rd Floor
> Boston, MA 02110
>
> Neil A. Capobianco, Esq.
> Greenberg Taurig, LLP.
> 200 Park Avenue
> New York, NY 10016
> Post Office Box 1746
> New Haven, CT 06507-1746

_____
Mary A. Gambardella