## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALBERT A. HANNA, | : | CIVIL ACTION NO. |
| | : | 3:01 CV 680 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| INFOTECH CONTRACT SERVICES, INC. and PFIZER, INC., | : | |
| | : | |
| Defendants. | : | MARCH 29, 2004 |

### PLAINTIFF ALBERT A. HANNA'S OBJECTION TO DEFENDANT PFIZER, INC.'S BILL OF COSTS

Pursuant to Fed. R. Civ. P. 54 (b), plaintiff Albert A. Hanna ("Hanna"), respectfully requests the court deny defendant Pfizer, Inc.'s ("Pfizer") Bill of Costs on the grounds that it was filed prematurely.   In support of this objection Hanna states the following:

1.   On March 11, 2004, the Second Circuit Court of Appeals, by Summary Order, upheld the decision of the District of Connecticut granting defendants herein summary judgment with respect to all claims brought by Hanna.

2.   On March 18, 2004, Pfizer filed their Bill of Costs.

3.   On March 23, 2004, Hanna filed with the Second Circuit Court of Appeals a Motion and Memorandum Pursuant to Fed. R. App. P. 26(B) of Appellant Albert A. Hanna to Extend Time to File Fed.R. Civ. P. Rule 40 Petition for Panel Rehearing or Fed.R. Civ. P. Rule 35 Petition for Rehearing En Banc.  This motion has not yet been decided.

2

    4.    If the Second Circuit grants Hanna's extension of time and any subsequent request for rehearing costs could be assessed against Pfizer rather than Hanna. Accordingly Pfizer's Bill of Costs is, at a minimum, premature.

    WHEREFORE, pursuant to Fed. R. Civ. P. 54 (b), plaintiff Albert A. Hanna, hereby respectfully requests the Court deny defendant Pfizer Inc.'s Bill of Costs.

                    RESPECTFULLY SUBMITTED:
                    ALBERT A. HANNA,

                    _____
                    Thomas G. Moukawsher
                    (ct 08940)
                    Moukawsher & Walsh, LLC
                    328 Mitchell Street
                    Groton, CT 06340
                    (860) 445-1809

                    HIS ATTORNEY

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

Neil Capobianco
Annapoorni R. Sankaran
Greenberg Traurig LLP
One International Place, Third Floor
Boston, MA 02110


Mary A. Gambardella
Epstein, Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901



Date: March 29, 2004                          _____
                                              Thomas G. Moukawsher